# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE PAYANO | : | |
| Petitioner | : | CIVIL ACTION NO. 3:CV-16-2029 |
| v. | : | (Judge Nealon) |
| CRAIG A. LOWE, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW, THIS 30th DAY OF NOVEMBER, 2016**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** without prejudice as premature.

2. The Clerk of Court is directed to **CLOSE** this case.

       /s/ William J. Nealon
**United States District Judge**